In The
United States District Court For District Columbia

Harvey P. Short,
    Petitioner

v.

Federal Bureau Of Investigation,
    Respondent

Civil No. _____

05 2412

FILED
DEC 15 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion For Waiver Of Filing Fees/Costs

Now Comes the Petitioner, Harvey P. Short, proceeding in propria persona, who respectfully motions this Honorable Court pursuant to Title 28 U.S.C 1915(d) to waive filing fees and costs in the attached civil action. In support of this motion, the Petitioner states the following:

1) The Petitioner is presently unemployed;
2) The Petitioner does not own any real property;
3) The Petitioner does not have a checking or savings account;
4) The Petitioner does not own any stocks or bond; and,
5) The Petitioner states that due to his poverty that he is not able to defray filing fees and costs.

Wherefore, the Petitioner prays that the Court grants this motion.

RECEIVED NOV 28 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

-1-

Respectfully submitted,
Harvey P. Short
Harvey P. Short
South Central Regional Jail
1001 Centre Way
Charleston, WV 25309

Certificate of Service

I hereby certify on this 22nd day of November 2005, that a copy of this Motion For Waiver Of Filing Fees And/Or Costs was mailed to the Respondent, Federal Bureau Of Investigation, U.S Department Of Justice, Washington, DC 20001.

Harvey P. Short
Harvey P. Short

-2-