UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARVEY PATRICK SHORT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-2412(JR) |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT AND
MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, the Federal Bureau of Investigation, by and through its undersigned attorneys, respectfully moves for an enlargement of time up to and including April 7, 2006 to answer, move or otherwise respond to the above-captioned Complaint. The current deadline is tomorrow, March 20, 2006.[1] In support of the motion, defendant states the following.

Defendant requests the extension to provide the Agency an additional period to provide input for defendant's response. Without such input, the undersigned counsel is unable to draft an appropriate response on behalf of defendant. Accordingly, for this reason, defendant respectfully moves for an extension up to and including April 7, 2006 to answer, move or otherwise respond to plaintiff's Complaint.

A proposed Order consistent with the relief requested herein is attached.

---

[1] Because plaintiff is incarcerated, defendant's counsel did not contact plaintiff pursuant to Local Rule 7(m).

Date: March 19, 2006             Respectfully Submitted,


/s/ Kenneth L. Wainstein /bmr

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ R. Craig Lawrence /bmr

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's First Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System, this <u>19th</u> day of March, 2006, and will be made by postage prepaid first class mail on the <u>20th</u> day of March, 2006 to:

Harvey Patrick Short
South Central Regional Jail
1001 Centre Way
Charleston, West Virginia 25309

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney