```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

HARVEY PATRICK SHORT,              :
                                   :
       Plaintiff,             :
                                   :
   v.                              : Civil Action No. 05-2412 (JR)
                                   :
FEDERAL BUREAU OF INVESTIGATION,   :
                                   :
       Defendant.             :

## ORDER

Defendant's "first motion for enlargement of time" [9] is **granted**, but, unless a better reason is offered than counsel's inability to get enough information from her client to formulate an answer, a second motion will certainly be denied.

                                      JAMES ROBERTSON
                            United States District Judge