UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARVEY PATRICK SHORT, | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 05-2412(JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT AND
MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, the Federal Bureau of Investigation, by and through its undersigned attorneys, respectfully moves for an enlargement of time up to and including April 21, 2006 to answer, move or otherwise respond to the above-captioned Complaint. The current deadline is tomorrow, Friday, April 7, 2006.[1] In support of the motion, defendant states the following.

Defendant requests the extension because of the work-related demands of its counsel. Of particular note, yesterday, the undersigned counsel filed a dispositive motion in the "reverse Freedom of Information Act" case, <u>General Electric v. Department of the Air Force</u>, Civil Action No. 01-1549(RBW) and has devoted considerable time over the past few days addressing complex discovery and other issues in a prisoner case which is on remand from the U.S. Court of Appeals for the District of Columbia

---

[1] Because plaintiff is incarcerated, defendant's counsel did not contact plaintiff pursuant to Local Rule 7(m).

Circuit (<u>Fletcher v. United States Parole Commission</u>, Civil Action No. 01-0601(JDB)) and which involves an Ex Post Facto claim. A joint report in the <u>Fletcher</u> case is due to the Court on Friday, April 7, 2006. The undersigned counsel also has a mediation session in a Title VII case, <u>Kaplan v. Gutierrez</u>, Civil Action No. 05-1419(GK) scheduled during the afternoon of Friday, April 7. Accordingly, because of the these and other work-related demands of its counsel, defendant respectfully moves for an enlargement of time up to and including April 21, 2006 to respond to plaintiff's Complaint.

    A proposed Order consistent with this Motion is attached hereto.

Date: April 6, 2006    Respectfully Submitted,


/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
  of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-Mail: <u>beverly.russell@usdoj.gov</u>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of *Defendant's Second Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System, this <u>6th</u> day of April, 2006, and will be made by postage prepaid first class mail on the <u>7th</u> day of April, 2006 to:

Harvey Patrick Short
South Central Regional Jail
1001 Centre Way
Charleston, West Virginia 25309

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney