**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
HARVEY PATRICK SHORT,              )
                                   )
          Plaintiff                )
                                   )Civil Action No. 05-2412(JR)
     v.                            )
                                   )
FEDERAL BUREAU OF INVESTIGATION,   )
                                   )
          Defendant.               )
_____)
```

**ORDER**

UPON CONSIDERATION of <u>Defendant's Second Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof</u>, and for good cause shown, it is by the Court this _____ day of _____ 2006,

ORDERED that Defendant's motion shall be and is hereby granted, and thus, Defendant shall have up to and including April 21, 2006 to file its response to Plaintiff's Complaint.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Harvey Patrick Short
South Central Regional Jail
1001 Centre Way
Charleston, West Virginia 25309

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530