UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARVEY PATRICK SHORT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-2412(JR) |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS AS TO WHICH
THERE IS NO GENUINE DISPUTE**

Pursuant to Local Rule 7(h), Defendant hereby submits the following statement of material facts as to which there is no genuine dispute.

1. The National Crime Information Center ("NCIC") is coordinated by the FBI's Criminal Justice Information Services ("CJIS") Division which is located in Clarksburg, West Virginia. See Declaration of Kimberly J. Del Greco, ¶¶ 1, 3, and 8 (attached hereto).

2. The NCIC is a nationwide, computerized information system containing data pertaining to fugitives, missing persons, stolen property, and other similar criminal justice objectives. Id. ¶ 5.

3. A review of the relevant CJIS Division correspondence fails to reveal receipt of any correspondence from Plaintiff evidencing that he requested that the FBI correct his criminal record. Id. ¶ 9.

4. The FBI CJIS Division may only effect revision or removal of any criminal record information, including the posting of final dispositions, when specifically notified to do so by the agency which originally submitted it, a court with jurisdiction over the agency's records, or a state criminal history repository having authority to delete and/or modify arrest record entries for the entire state. Id. ¶ 13.

5. With regard to Plaintiff's arrest record in North Carolina for which he requests the elimination of duplicate entries, that state is part of the National Fingerprint File ("NFF") which is a decentralized system for the interstate exchange of state criminal history records. Id. ¶ 14. Each state that participates in the NFF program maintains its own criminal history record system and is responsible for ensuring the accuracy and completeness of its own records. Id.

6. The FBI, among other related functions, accesses the NFF for criminal justice, licensing/employment screening and other legally authorized noncriminal justice purposes and provides a positive identification through fingerprint comparison of offenders/record subjects for the NFF participating states. Id. The FBI, however, has neither the authority nor the ability to effect any change(s) in an NFF record. Id.

Date: April 21, 2005         Respectfully Submitted,

/s/ Kenneth L. Wainstein /dvh
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ Rudolph Contreras /dvh
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell

Of Counsel:                              _____
Henry R. Felix, Esq.                BEVERLY M. RUSSELL, D.C. Bar #454257
Federal Bureau of Investigation    Assistant United States Attorney
                                              United States Attorney's Office for the
                                               District of Columbia
                                              555 4th Street, N.W., Rm. E-4915
                                              Washington, D.C. 20530
                                              Ph: (202) 307-0492