UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARVEY PATRICK SHORT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-2412(JR) |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

ORDER

This matter is before the Court on ***Defendant's Motion to Dismiss, for Summary Judgment or to Transfer the Suit***. Upon consideration of this motion, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's motion should be and hereby is GRANTED and Plaintiff's complaint is hereby DISMISSED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Harvey Patrick Short
South Central Regional Jail
1001 Centre Way
Charleston, West Virginia 25309

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530