## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HARVEY PATRICK SHORT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-2412 (JR)** |
| | ) | |
| **FEDERAL BUREAU OF** | ) | |
| **INVESTIGATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Plaintiff is proceeding *pro se*. Defendant filed a motion to dismiss, for summary judgment or to transfer the case. The Court ordered plaintiff to respond to the motion by May 28, 2006. Plaintiff was advised that if he failed to respond to the motion, the Court could assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Plaintiff has not filed a response to defendant's motion.

Accordingly, it is

**ORDERED** that defendant's motion to dismiss, for summary judgment, or to transfer [12] is **GRANTED**. It is

**FURTHER ORDERED** that the case is **DISMISSED without prejudice**.


_____/s/_____
JAMES ROBERTSON
United States District Judge


DATE: 8-4-06